# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Krause, Cheryl A. | United States Court of Appeals for the Third Circuit | 5/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Court of Appeals Judge - Active Status | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 1/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | University of Pennsylvania Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed consultant - Global Military Expert Consulting and Instruction LLC ("GMECI LLC"), d/b/a Spotlight Labs |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 1/9/20 - 1/10/20 | Irving, TX | N.D. Tex. Bench-Bar Conference | Transportation, meals, hotel |
| 2. | Univ. of Pennsylvania Law School | 1/27/20 | Philadelphia, PA | Wellness Panel | Parking |
| 3. | NYU Law School | 3/3/20 | New York, NY | Moot Court | Transportation, meal |
| 4. | Vanderbilt Univ. Law School | 2/8/20 | Nashville, TN | Moot Court | Transportation, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | Mortgage on Rental Property #1, Philadelphia, PA (Part VII, line 4) | M |
| 2. New Residential f/k/a Ditech | Mortgage on Rental Property #2, Absecon, NJ (Part VII, line 5) | M |
| 3. Wells Fargo | Mortgage on Rental Property #3, Ventnor City, NJ (Part VII, line 6) | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. USAA Accounts | A | Interest | K | T | | | | | |
| 2. Wells Fargo Money Market Accounts | A | Interest | N | T | | | | | |
| 3. Rental Property #1, Philadelphia PA (2002, $85,000) | A | Rent | L | R | | | | | |
| 4. Rental Property #2, Absecon, NJ (2003, $184,500) | D | Rent | M | R | | | | | |
| 5. Rental Property #3, Ventor, NJ (2007, $240,000) | D | Rent | M | R | | | | | |
| 6. Bank of America Account | A | Interest | L | T | | | | | |
| 7. Fidelity Money Market Account | A | Interest | K | T | | | | | |
| 8. Airspace Systems, Inc. a/k/a Defense Labs, Inc. | | None | L | W | | | | | |
| 9. AMARIN CORP | | None | K | T | Buy (add'l) | 01/08/20 | J | | |
| 10. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 11. | | | | | Buy (add'l) | 08/17/20 | K | | |
| 12. | | | | | Sold (part) | 12/31/20 | J | A | |
| 13. APPLE | A | Dividend | J | T | Buy | 03/13/20 | M | | |
| 14. | | | | | Sold (part) | 04/14/20 | M | D | |
| 15. ARENA PHARMACEUTICALS | | None | M | T | Buy (add'l) | 02/28/20 | K | | |
| 16. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 17. | | | | | Buy (add'l) | 07/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/10/20 | L | | |
| 19. | | | | | Buy (add'l) | 11/25/20 | K | | |
| 20. | | | | | Sold (part) | 03/13/20 | L | A | |
| 21. | | | | | Sold (part) | 05/26/20 | M | E | |
| 22. | | | | | Sold (part) | 09/22/20 | J | B | |
| 23. | | | | | Sold (part) | 10/08/20 | K | C | |
| 24. | | | | | Sold (part) | 12/28/20 | K | A | |
| 25. AT&T | | None | K | T | Buy | 12/23/20 | K | | |
| 26. BAUSCH HEALTH | | None | L | T | Buy (add'l) | 01/14/20 | L | | |
| 27. | | | | | Buy (add'l) | 01/17/20 | K | | |
| 28. | | | | | Buy (add'l) | 06/18/20 | K | | |
| 29. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 30. | | | | | Sold (part) | 12/30/20 | K | A | |
| 31. BP | A | Dividend | K | T | Buy | 01/31/20 | K | | |
| 32. CVS | A | Dividend | | | Buy | 09/18/20 | M | | |
| 33. | | | | | Sold | 11/06/20 | M | E | |
| 34. DELTA AIRLINES | | None | | | Buy | 03/13/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold | 11/09/20 | K | A | |
| 36. | DUPONT DE NEMOURS | B | Dividend | | | Buy | 01/08/20 | K | | |
| 37. | | | | | | Buy<br>(add'l) | 01/14/20 | M | | |
| 38. | | | | | | Buy<br>(add'l) | 07/23/20 | L | | |
| 39. | | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 40. | | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 41. | | | | | | Sold<br>(part) | 08/11/20 | M | B | |
| 42. | | | | | | Sold | 08/12/20 | K | A | |
| 43. | ENERGOUS CORP | | None | J | T | Sold<br>(part) | 12/30/20 | J | A | |
| 44. | ENERGY TRANSFER | | None | J | T | Buy<br>(add'l) | 12/11/20 | K | | |
| 45. | | | | | | Sold<br>(part) | 12/28/20 | K | A | |
| 46. | FEDERATED PRIME CASH | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 47. | | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 48. | | | | | | Buy<br>(add'l) | 02/21/20 | M | | |
| 49. | | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 50. | | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 51. | | | | | | Buy<br>(add'l) | 05/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 53. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 54. | | | | | Buy (add'l) | 07/27/20 | M | | |
| 55. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 56. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 57. | | | | | Sold (part) | 01/31/20 | M | A | |
| 58. | | | | | Sold (part) | 02/28/20 | K | A | |
| 59. | | | | | Sold (part) | 07/30/20 | J | A | |
| 60. | | | | | Sold (part) | 08/11/20 | J | A | |
| 61. | | | | | Sold (part) | 09/10/20 | M | A | |
| 62. FIREEYE INC | | None | | | Buy (add'l) | 02/13/20 | K | | |
| 63. | | | | | Buy (add'l) | 09/15/20 | K | | |
| 64. | | | | | Sold (part) | 12/21/20 | K | D | |
| 65. | | | | | Sold (part) | 12/22/20 | K | D | |
| 66. | | | | | Sold | 12/23/20 | L | D | |
| 67. FIRT EAGLE GLOBAL | B | Dividend | K | T | Buy (add'l) | 12/02/20 | J | | |
| 68. GILEAD | | None | M | T | Buy | 12/31/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. GNC HOLDINGS | | None | | | Sold | 06/25/20 | J | A | |
| 70. IBM | | None | L | T | Buy | 12/22/20 | L | | |
| 71. IMMUNOMEDICS | | None | | | Buy<br>(add'l) | 08/06/20 | K | | 0 |
| 72. | | | | | Buy<br>(add'l) | 08/17/20 | K | | |
| 73. | | | | | Buy<br>(add'l) | 08/25/20 | K | | |
| 74. | | | | | Buy<br>(add'l) | 08/28/20 | K | | |
| 75. | | | | | Sold<br>(part) | 05/08/20 | L | E | |
| 76. | | | | | Sold | 09/14/20 | M | G | |
| 77. INVESCO RZV ETF | A | Dividend | | | Buy | 08/07/20 | K | | |
| 78. | | | | | Buy<br>(add'l) | 09/04/20 | M | | |
| 79. | | | | | Sold<br>(part) | 09/10/20 | K | A | |
| 80. | | | | | Sold<br>(part) | 10/07/20 | L | B | |
| 81. | | | | | Sold<br>(part) | 10/12/20 | J | A | |
| 82. | | | | | Sold | 10/29/20 | L | A | |
| 83. JOHN HANCOCK FINCL<br>OPPORTUNITY FUND | B | Dividend | K | T | Sold<br>(part) | 12/02/20 | L | A | |
| 84. KRANESHARES CSI | | None | | | Sold<br>(part) | 01/17/20 | J | B | |
| 85. | | | | | Sold | 02/11/20 | L | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   LORD ABBETT FLOATING RATE | B | Dividend | M | T | Buy (add'l) | 01/02/20 | J | | |
| 87. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 88. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 89. | | | | | Buy (add'l) | 07/23/20 | L | | |
| 90. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 91. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 92. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 93. | | | | | Buy (add'l) | 10/29/20 | L | | |
| 94. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 95. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 96. | | | | | Buy (add'l) | 12/28/20 | K | | |
| 97. | | | | | Sold (part) | 01/14/20 | J | A | |
| 98. | | | | | Sold (part) | 01/31/20 | L | A | |
| 99. | | | | | Sold (part) | 02/28/20 | M | A | |
| 100. | | | | | Sold (part) | 03/02/20 | K | A | |
| 101. | | | | | Sold (part) | 08/06/20 | J | A | |
| 102. | | | | | Sold (part) | 09/04/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/10/20 | K | A | |
| 104. NEWELL BRANDS | A | Dividend | | | Buy | 09/10/20 | L | | |
| 105. | | | | | Sold | 11/13/20 | L | D | |
| 106. NJ BETTER EDL FRANKLIN TEMPLETON | A | Dividend | M | T | | | | | |
| 107. PFIZER | B | Dividend | | | Buy | 02/28/20 | K | | |
| 108. | | | | | Buy (add'l) | 07/22/20 | M | | |
| 109. | | | | | Sold (part) | 03/13/20 | K | A | |
| 110. | | | | | Sold | 11/25/20 | K | A | |
| 111. SPDR - ENERGY SELECT SECTOR | C | Dividend | | | Buy | 01/31/20 | L | | |
| 112. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 113. | | | | | Buy (add'l) | 03/02/20 | K | | |
| 114. | | | | | Buy (add'l) | 09/03/20 | L | | |
| 115. | | | | | Sold (part) | 10/30/20 | L | A | |
| 116. | | | | | Sold | 11/24/20 | L | D | |
| 117. SPDR - TECHNOLOGY SECTOR | A | Dividend | | | Buy | 02/28/20 | L | | |
| 118. | | | | | Buy (add'l) | 03/02/20 | K | | |
| 119. | | | | | Sold | 04/14/20 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SPDR - INDUSTRIAL SECTOR | A | Dividend | | | Buy | 01/31/20 | K | | |
| 121. | | | | | Buy (add'l) | 02/28/20 | L | | |
| 122. | | | | | Sold | 06/04/20 | L | A | |
| 123. SPDR - SEMICONDUCTOR SECTOR | A | Dividend | | | Buy | 02/28/20 | L | | |
| 124. | | | | | Sold | 04/14/20 | L | A | |
| 125. SPDR - S&P BIOTECH ETF | A | Dividend | | | Buy | 02/28/20 | L | | |
| 126. | | | | | Sold | 04/17/20 | L | A | |
| 127. TEVA | | None | L | T | Buy | 11/09/20 | K | | |
| 128. | | | | | Buy (add'l) | 12/04/20 | K | | |
| 129. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 130. UNITED AIRLINES | | None | K | T | Buy | 03/13/20 | L | | |
| 131. | | | | | Sold | 06/04/20 | K | A | |
| 132. | | | | | Buy | 12/11/20 | K | | |
| 133. US STEEL | A | Dividend | | | Buy (add'l) | 07/27/20 | J | | |
| 134. | | | | | Sold | 11/25/20 | K | D | |
| 135. VODAFONE | A | Dividend | L | T | Buy | 01/14/20 | K | | |
| 136. | | | | | Buy (add'l) | 07/28/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. VANGUARD S&P 500 VALUE | A | Dividend | L | T | Sold (part) | 03/13/20 | L | A | |
| 138. | | | | | Sold (part) | 03/20/20 | M | A | |
| 139. | | | | | Buy (add'l) | 03/25/20 | O | | |
| 140. | | | | | Sold (part) | 03/25/20 | N | A | |
| 141. | | | | | Sold (part) | 03/27/20 | N | A | |
| 142. | | | | | Sold (part) | 04/17/20 | M | D | |
| 143. | | | | | Buy (add'l) | 4/22/20 | M | | |
| 144. | | | | | Sold (part) | 04/23/20 | M | C | |
| 145. | | | | | Buy (add'l) | 05/18/20 | N | | |
| 146. | | | | | Buy (add'l) | 7/29/20 | J | | |
| 147. | | | | | Sold (part) | 10/21/20 | N | F | |
| 148. | | | | | Buy (add'l) | 11/03/20 | N | | |
| 149. | | | | | Sold (part) | 11/04/20 | O | E | |
| 150. | | | | | Buy (add'l) | 11/09/20 | O | | |
| 151. | | | | | Sold (part) | 11/13/20 | N | A | |
| 152. | | | | | Sold (part) | 06/02/20 | K | A | |
| 153. VANGUARD RUSSELL 1000 | A | Dividend | | | Sold (part) | 03/13/20 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 08/07/20 | K | A | |
| 155.  VIACOMCBS INC | A | Dividend | | | Buy | 08/14/20 | M | | |
| 156. | | | | | Sold<br>(part) | 11/20/20 | K | D | |
| 157. | | | | | Sold | 11/23/20 | L | D | |
| 158.  VIATRIS INC | | None | | | Buy | 07/22/20 | J | | |
| 159. | | | | | Sold<br>(part) | 11/17/20 | J | A | |
| 160. | | | | | Sold | 11/20/20 | J | A | |
| 161.  Cross Road Systems, Inc. | | None | | | Expired | 12/31/20 | J | A | |
| 162.  inc Networks LLC | | None | K | W | | | | | |
| 163.  MIT 4G LLC | | None | K | W | | | | | |
| 164.  Invesco QQQ TR | A | Dividend | M | T | Buy<br>(add'l) | 02/12/20 | L | | |
| 165. | | | | | Buy<br>(add'l) | 03/01/20 | K | | |
| 166. | | | | | Buy<br>(add'l) | 03/06/20 | K | | |
| 167. | | | | | Sold<br>(part) | 03/20/20 | M | A | |
| 168. | | | | | Sold<br>(part) | 04/17/20 | M | A | |
| 169. | | | | | Sold<br>(part) | 04/23/20 | M | A | |
| 170.  SPDR S&P 500 ETF Trust | D | Dividend | M | T | Buy<br>(add'l) | 02/12/20 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Krause, Cheryl A. | 5/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 03/20/20 | M | A | |
| 172. | | | | | Buy (add'l) | 4/22/20 | M | | |
| 173. | | | | | Sold (part) | 04/23/20 | M | C | |
| 174. | | | | | Buy (add'l) | 05/18/20 | N | | |
| 175. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 176. | | | | | Sold (part) | 10/21/20 | N | F | |
| 177. | | | | | Buy (add'l) | 11/03/20 | N | | |
| 178. | | | | | Sold (part) | 11/04/20 | O | E | |
| 179. | | | | | Buy (add'l) | 11/09/20 | O | | |
| 180. | | | | | Sold (part) | 11/13/20 | N | A | |
| 181. Moderna Inc. | | None | | | Buy | 05/18/20 | L | | |
| 182. | | | | | Sold | 05/26/20 | K | A | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II-1: The partnership agreement with my former law firm, Dechert LLP, has been deleted as all financial ties between the firm and me are now terminated.

Part VI-2: Ditech was acquired by New Residential Investment Corp. (a/k/a NRZ or New Residential) at the end of 2019, resulting in this change in the name of the mortgage holder.

Part VII-Line 161: This stock is listed as "expired" because it lost all value when the company was delisted in 2020.

Part VII-Line 170: This entry for "SPDR S&P 500 ETF Trust" corresponds to the entry for "Spydr S&P 500 ETF Trust" in my 2019 FRD. Both refer to Standard and Poor's Depository Receipt, and the entry has been changed to SPDR in this year's report only for consistency with lines 111-125.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl A. Krause**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544